JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY L. CARPENTER,<br><br>    Petitioner,<br><br>vs.<br><br>MIKE EVANS, Warden,<br><br>    Respondent. | Case No. CV 07-4458-GPS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: 1/14/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE